

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00017-CV
_____

A. E. SMITH AND EDITH A. SANDERS, Appellants

V.

CITY OF MOUNT PLEASANT, TEXAS, AND
JERRY BOATNER, IN HIS OFFICIAL CAPACITY
AS MAYOR OF THE CITY OF MOUNT PLEASANT, TEXAS, Appellees

On Appeal from the 76th Judicial District Court
Titus County, Texas
Trial Court No. 32,586

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

A. E. Smith and Edith A. Sanders, appellants, have filed with this Court a motion to dismiss the pending appeal in this matter. They represent to this Court that the parties have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:     February 11, 2008
Date Decided:       February 12, 2008